IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:23-cv-1492

| | |
|---|---|
| **ROBERT P. REIDY,** | )<br>) |
| *Plaintiff,* | )<br>) |
| | ) **NOTICE OF APPEARANCE** |
| v. | )<br>) |
| **UNITED STATES OF AMERICA,** | )<br>) |
| *Defendant.* | )<br>) |

NOW COMES the undersigned attorney, Eric W. Flynn, hereby gives notice of appearance as counsel of record for Robert P. Reidy in the above-captioned matter.

Dated: November 3, 2023

                                        Respectfully submitted,

                                        BELL LEGAL GROUP, PLLC

                                        */s/ Eric W. Flynn*
                                        Eric Flynn, Esq. (N.C. Bar No. 57615)
                                        751 Corporate Center Drive Suite 310
                                        Raleigh, NC 27607
                                        eflynn@belllegalgroup.com
                                        Phone: (919) 277-9100
                                        Fax:   (843) 546-9604

                                        *Attorney for Plaintiff*